

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00547-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Fatima **GUERRERO**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-20432
Honorable Angelica Jimenez, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on October 23, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk